AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court  ORIGINAL

### DISTRICT OF

GUILLERMO BERRIOCHOA LOPEZ; TRANSPORTES INTERMEX, S. A. DE C.V.; S' ANTONIO TRANSPORTES, S.A. DE C.V.; JOSE SILVINO MAGANA LOPEZ; MIGUEL ANGEL DE LA ROSA SANCHEZ; SERVICIO TECNICO AUTOMOTRIZ PERISUR, S.A. DE C.V.; TOMAS DE LA ROSA PARRA; ERNESTO VALLET HACES; MAX E. BARTON; CARLOS BERRIOCHOA

V.

NORMAN Y. MINETTA, SECRETARY OF TRANSPORTATION; MARY E. PETERS, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION; JOSEPH M. CLAPP, ADMINISTRATOR, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; AND DOES 1-100, INCLUSIVE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-01-208

United States District Court
Southern District of Texas
FILED

MAR 0 6 2002

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

MR. MICHAEL T. SHELBY
US ATTORNEY
ATTN: CIVIL PROCESS CLERK
P.O. BOX 61129
HOUSTON, TEXAS 77208

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

MR. FEDERICO CASTELAN SAYRE, ESQ.
MR. FERNANDO CHAVEZ ESQ.
SAYRE & CHAVEZ
900 NORTH BROADWAY, 7TH
SANTA ANA, CALIFORNIA 92701

MR. HORACIO L. BARRERA
MARTINEZ Y BARRERA
1201 EAST VAN BUREN
BROWNSVILLE, TEXAS 78520

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

DATE  2-8-02

# OFFICERS RETURN OF SERVICE

ORIGINAL

**COUNTY: FEDERAL B'VILLE**   **CASE # B-01-208**   **COURT**
                                                      Clt. Ref.#                   Clt.# 10578

GUILLERMO BERRIOCHOA LOPEZ, TRANSPORTES INTERMEX, S.A. DE C.V., ET. AL..

VS

NORMAN Y. MINETTA, SECRETARY OF TRANSPORTATION; MARY E. PETERS, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION; JOSEPH M. CLAPP,

The documents came to our hand for service on 02/15/02   Time: 08:42:45

Documents received for service:

**SUMMONS IN A CIVIL ACTION**

The documents were delivered on **02-22-02**   **Time: 14:30:00**

Executed at: 910 Travis, Ste#1500
             Houston, TX 77002

to the following: **Shelby, Michael T.**
                  **U.S. Attorney**
                  **Attention: Civil Process Clerk**

__✓__ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: 40

Gordon W Hanna
Professional Civil Process Houston
4635 Southwest Frwy, #750
Houston, Texas 77027

Witness Fee Tendered:_____

STATE OF TEXAS}

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this 28 day of February 2002.

PCP Inv.# H0202 840


Q. L. MCLEAN
Notary Public, State of Texas
My Commission Expires
July 31, 2005

NOTARY PUBLIC SIGNATURE