AO 440 (Rev.1/90) Summons in a Civil Action

CAB-01-208

United States
Southern FILED
MAR 1 2 2002
Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| | DATE 3/12/02 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Eddie M Gonzalez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Serving Certified Mail 7099-3220-0001-2240-0418 to MR Norman Y. Mineta Secretary of Transportation, U.S. Dept of Transportation 400 Seventh St. S.W. Washington, DC 20590

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/02
            Date          Signature of Server

Address of Server

**Professional Civil Process**
700 Paredes Ave., #206
Brownsville, Texas 78520
Tel. (956) 546-1313

SUBSCRIBED AND SWORN TO BEFORE ME ON March 12, 2002, TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL

Juanita B. Saldivar
NOTARY PUBLIC   STATE OF TEXAS



JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

AO 440 (Rev.1/90) Summons in a Civil Action

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)
B. Date of Delivery: 3/4/02
C. Signature X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Mr. Norman Y. Mineta
Secretary of Transportation
U.S. Department of Transportation
400 Seventh St. S.W.
Washington, D.C.
20590

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3220 0001 2240 0418

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT

Article Sent To: Mr. Norman Y. Mineta, Sec. of Transp.

Postage $ 0.30
Certified Fee 2.10
Return Receipt Fee (Endorsement Required) 1.50
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.40

UNIT ID: 0056
Postmark Here
02-12-02

Name (Please Print Clearly) (To be completed by mailer)
Mr. Norman Y. Mineta, Sec. of Transp.
Street, Apt. No.; or PO Box No.
400 Seventh St. S.W.
City, State, ZIP+4
Washington, D.C. 20590

PS Form 3800, July 1999   See Reverse for Instructions

7099 3220 0001 2240 0418

United States District Court
Southern District of Texas
RECEIVED

MAR 1 2 2002

Michael N. Milby, Clerk of Court