IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

GUILLERMO BERRIOCHA LOPEZ, et al., )
)
    Plaintiffs, )
)
v. ) C.A. No. B-01-208
)
NORMAN Y. MINETA, Secretary of the )
Department of Transportation, et al., )
)
    Defendants. )
_____ )

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(K), please allow the appearance of Mary Hampton Mason, Esq., as attorney-in-charge authorized to represent individual federal defendants Norman Y. Mineta, Joseph M. Clapp and Mary E. Peters. Service of papers in the above-captioned matter shall be made upon:

    MARY HAMPTON MASON
    Trial Attorney
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 7146
    Washington, D.C. 20044-7146
    Tel. (202) 616-4123
    Fax. (202) 616-4134

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General
Civil Division

JOHN LODGE EULER
Acting Director
Torts Branch, Civil Division

                                            ANDREA W. McCARTHY
                                            Senior Trial Counsel
                                            Torts Branch, Civil Division

                                            MARY HAMPTON MASON
                                            Trial Attorney
                                            Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            P.O. Box 7146
                                            Ben Franklin Station
                                            Washington, D.C. 20044-7146
                                            Tel:  (202) 616-4123
                                            Fax:  (202) 616-4314

Dated:  March 12, 2002