IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMO BERRIOCHOA LOPEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-208 |
| | § | |
| NORMAN Y. MINETTA, SECRETARY | § | |
| OF TRANSPORTATION, ET AL. | § | |

## ORDER

Having reviewed Defendants' Unopposed Motion to Postpone the Initial Pre-trial and Scheduling Conference and to Defer the Filing of Rule 26 Disclosures (Docket No. 6), the Court hereby ORDERS:

1. The initial pretrial and scheduling conference set for March 20, 2002, at 1:30 P.M. is reset to May 7, 2002 at 1:30 P.M.

2. Given the circumstances of this case, it is further ORDERED that the filing of Disclosures pursuant to Fed. R. Civ. P. 26 is deferred until such time as defendants may be required to file an Answer to the Complaint.

DONE at Brownsville, Texas, this 18th day of March, 2002.

John Wm. Black
United States Magistrate Judge