# United States District Court

United States District Court
Southern District of Texas
FILED

MAR 2 6 2002

Michael N. Milby
Clerk of Court

DISTRICT OF _____

GUILLERMO BERRIOCHOA LOPEZ; TRANSPORTES INTERMEX, S.A. DE C.V.; S' ANTONIO TRANSPORTES, S.A. DE C.V.; JOSE SILVINO MAGANA LOPEZ; MIGUEL ANGEL DE LA ROSA SANCHEZ; SERVICIO TECNICO AUTOMOTRIZ PERISUR, S.A. DE C.V.; TOMAS DE LA ROSA PARRA; ERNESTO VALLET HACES; MAX E. BARTON; CARLOS BERRIOCHOA

V.

NORMAN Y. MINETTA, SECRETARY OF TRANSPORTATION; MARY E. PETERS, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION; JOSEPH M. CLAPP, ADMINISTRATOR, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; AND DOES 1-100, INCLUSIVE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-208

TO: (Name and address of defendant)

MR. JOHN ASHCROFT
US ATTORNEY GENERAL
10TH & CONSTITUTION AVE.
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MR. FEDERICO CASTELAN SAYRE, ESQ.
MR. FERNANDO CHAVEZ, ESQ.
SAYRE & CHAVEZ
900 NORTH BROADWAY, 7TH
SANTA ANA, CALIFORNIA 92701

MR. HORACIO L. BARRERA
MARTINEZ Y BARRERA
1201 EAST VAN BUREN
BROWNSVILLE, TEXAS 78520

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk       2-8-02
CLERK                         DATE

(BY) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE

| | | | | |
|---|---|---|---|---|
| **COUNTY: FEDERAL B'VILLE** | **CASE # B-01-208** | **COURT** | | |
| | | Clt. Ref.# | Clt.# | 116 |

GUILLERMO BERRIOCHOA LOPEZ, TRANSPORTES INTERMEX, S.A. DE C.V., ET. AL..

VS

NORMAN Y. MINETTA, SECRETARY OF TRANSPORTATION; MARY E. PETERS, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION; JOSEPH M. CLAPP, ADMINISTRATOR FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, ET. AL

The documents came to our hand for service on 02/12/02  Time: 10:00:00

Documents received for service:

**SUMMONS IN A CIVIL ACTION**

The documents were delivered on **03/18/02**  Time: **14:00:00**

Executed at: 10th & Constitution Avenue
             Washington, DC 20530

to the following: **Ashcroft, John , US Attorney General**
                 **By U.S. Postal Certified Mail 7099 3220 0001 2240 0395**

_____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

                              _____
                              Eddie M Gonzalez

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and other applicable rules and statutes relating to service of citation and/or notices.

                              _____
Service Fee:_____        Eddie M Gonzalez
                              Professional Civil Process Brownsville
Witness Fee Tendered:_____ 700 Paredes Ave. Suite 208
                              Brownsville, Texas 78520

STATE OF TEXAS}
                    VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ____ day of __March__ 2002.

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

                              _____
                              NOTARY PUBLIC SIGNATURE

B-01-208

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) / B. Date of Delivery<br>C. Signature  X _Ernest A. Parker_  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>Mr. John Ashcroft<br>U.S. Attorney General<br>10th & Constitution Ave.<br>Washington D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>MAR<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |

2. Article Number (Copy from service label)
7099 3220 0001 2240 0395

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Mr. John Ashcroft, Attorney General
Washington D.C. 20530

| | |
|---|---|
| Postage $ | 0.20  UNIT ID/0056 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50   Postmark Here  Clerk: KH00R4 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | 4.40   02/12/02 |

Name (Please Print Clearly) (To be completed by mailer)
JOHN ASHCROFT ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.
10th + CONSTITUTION AVE.
City, State, ZIP+4
WASHINGTON DC. 20530

7099 3220 0001 2240 0395

PS Form 3800, July 1999    See Reverse for Instructions