# United States District Court

———————————— DISTRICT OF ————————————

GUILLERMO BERRIOCHOA LOPEZ; TRANSPORTES INTERMEX, S.A.
DE C.V.; S'ANTONIO TRANSPORTES, S.A. DE C.V.; JOSE
SILVINO MAGANA LOPEZ; JOSE ALFREDO MAGANA LOPEZ; MIGUEL
ANGEL DE LA ROSA SANCHEZ; SERVICIO TECNICO AUTOMOTRIZ
PERISUR, S.A. DE C.V.; TOMAS DE LA ROSA PARRA;
ERNESTO VALLET HACES; MAX E. BARTON; CARLOS BERRIOCHOA
V.
NORMAN Y. MINETTA, SECRETARY OF TRANSPORTATION;
MARY E. PETERS, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION;
JOSEPH M. CLAPP, ADMINISTRATOR, FEDERAL MOTOR CARRIER SAFETY
ADMINISTRATION; AND DOES 1-100, INCLUSIVE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

United States District Court
Southern District of Texas
FILED

MAR 2 6 2002

Michael N. Milby
Clerk of Court

B-01-208

TO: (Name and address of defendant)

JOSEPH M. CLAPP, ADMINISTRATOR, FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
US DEPARTMENT OF TRANSPORTATION
400 SEVENTH ST. S. W.
WASHINGTON, D.C. 20590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MR. FEDERICO CASTELAN SAYRE, ESQ.
MR. FERNANDO F. CHAVEZ, ESQ.
SAYRE & CHAVEZ
900 NORTH BROADWAY, 7TH
SANTA ANA, CALIFORNIA 92701

MR. HORACIO L. BARRERA
MARTINEZ Y BARRERA
1201 EAST VAN BUREN
BROWNSVILLE, TEXAS 78520

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

December 18, 2001

DATE

(BY) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE

COUNTY: FEDERAL B'VILLE        CASE # B-01-208                COURT
                                                  Clt. Ref.#                    Clt.#    116
GUILLERMO BERRIOCHOA LOPEZ, TRANSPORTES INTERMEX, S.A. DE
C.V., ET. AL..

VS

NORMAN Y. MINETTA, SECRETARY OF TRANSPORTATION; MARY E. PETERS, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION; JOSEPH M. CLAPP, ADMINISTRATOR FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, ET. AL

The documents came to our hand for service on 02/12/02  Time: 10:00:00

Documents received for service:

**SUMMONS IN A CIVIL ACTION**

The documents were delivered on **03/21/02  Time: 14:00:00**

Executed at: 400 Seventh St., S.W.
              Washington, DC 20590

to the following: **Clapp, Joseph M., Administrator Federal Motor Carrier Safety Adm. By U.S. Certified Mail 7099 3220 0001 2240 0401**
**US Department Of Transportion**

_____ ✓ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

                            Eddie M Gonzalez

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____          Eddie M Gonzalez
                                 Professional Civil Process Brownsville
Witness Fee Tendered: _____  700 Paredes Ave. Suite 208
                                 Brownsville, Texas 78520
STATE OF TEXAS}
                    VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _March_ 2002.



JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

                                 NOTARY PUBLIC SIGNATURE

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br><br>C. Signature<br>X                                                   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>*Joseph M. Clapp, Administrator*<br>*Federal Motor Carrier*<br>*Safety Administration*<br>*400 Seventh St. S.W.*<br>*Washington D.C.*<br>*20590* | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |

2. Article Number *(Copy from service label)*
   7099 3220 0001 2240 0401

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
*Joseph M. Clapp, Administrator*

| | | |
|---|---|---|
| Postage | $ 0.80 | UNIT ID: 0056 |
| Certified Fee | 2.10 | |
| Return Receipt Fee (Endorsement Required) | 1.50 | Postmark Here<br>Clerk: KHOOR4 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.40 | 02/12/02 |

Name *(Please Print Clearly) (To be completed by mailer)*
*Joseph M. Clapp, Adm, Federal Motor Carrier Safety Admin*
Street, Apt. No.; or PO Box No.
*400 Seventh St. S.W.*
City, State, ZIP+ 4
*Washington D.C. 20590*

7099 3220 0001 2240 0401

PS Form 3800, July 1999      See Reverse for Instructions