IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUILLERMO BERRIOCHA LOPEZ, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. B-01-208 |
| | ) |
| NORMAN Y. MINETA, Secretary of the | ) |
| Department of Transportation, *et al.*, | ) |
| | ) |
| Defendants. | ) |

United States District Court
Southern District of Texas
FILED
APR 1 8 2002
Michael N. Milby
Clerk of Court

### JOINT MOTION TO SET BRIEFING SCHEDULE
### AND POSTPONE MAY 7, 2002, CONFERENCE BEFORE
### MAGISTRATE JUDGE BLACK

Defendants Norman Y. Mineta, Joseph M. Clapp and Mary E. Peters intend to file a motion to dismiss under Fed. R. Civ. P. 12, which, if granted, will dispose of this case. The parties respectfully request that the court adopt the proposed briefing schedule contained in this motion. The parties request further that the status conference presently scheduled for May 7, 2002, be postponed until the conclusion of briefing so that the court can consider and hear argument on defendants' motion. Pursuant to Local Rule 7.1(C), a proposed order is attached. In support of this motion, the parties state the following:

On March 13, 2002, defendants, who had not yet been served with process in this matter, filed an unopposed motion to suspend all parties' disclosure obligations under Fed. R. Civ. P. 26 and to postpone a status conference set for March 20, 2002. This court suspended disclosure obligations and rescheduled the

conference for May 7, 2002. Subsequently and on several occasions, counsel for plaintiffs and defendants have discussed the most reasonable and expeditious way to proceed in this case, that involves constitutional tort and related allegations against high-ranking government officials. As a result of these discussions, on April 1, 2002, defendants agreed to waive personal service and accepted service by mail. Under the 2000 amendments to Fed. R. Civ. P. 4(i), individual federal defendants sued personally for acts arising out of their federal employment have 60 days from service to respond to the complaint, making the response of defendants herein due May 31, 2002.

Federal defendants will file a motion to dismiss the complaint in its entirety. Defendants anticipate that their motion will raise a number of issues, including but not limited to lack of personal jurisdiction, the failure to state a cognizable implied right of action under the Constitution or any treaty or law, qualified immunity, and lack of personal participation in the complained of acts. In order that plaintiffs have sufficient time to respond to that motion, and that defendants have adequate time to reply, the parties propose the following schedule:

    (1) Defendants' motion to dismiss shall be filed on or before May 31, 2002;

    (2) Plaintiffs shall file any opposition to that motion on or before July 1, 2002; and

   (3)   Defendants shall file any reply on or before July 15, 2002.

Given the number and complexity of issues involved, the parties request further that the court allow memoranda in support of each party's principal motion to be 25 pages in length. Any reply must not exceed 15 pages.

   In light of the foregoing, the parties respectfully request that the status conference set for May 7, 2002, be postponed. Attorneys for both parties are available on August 13, 2002, at 4:00 p.m. to travel to the Southern District of Texas and appear in person and present argument on defendants' motion or discuss any additional issues the court may wish to consider. Counsel are also available any day during the week of August 12, 2002. In addition, counsel for defendants presently has non-refundable airline tickets, purchased before the court issued its order rescheduling the status conference, for a flight departing the afternoon of May 7, 2002, the date on which the status conference is presently scheduled.

//

//

//

Respectfully submitted,

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| | ROBERT D. McCALLUM, JR.<br>Assistant Attorney General<br>Civil Division |
| BY: /s/ James R. Alsup<br>JAMES R. ALSUP | JOHN LODGE EULER<br>Acting Director<br>Torts Branch, Civil Division |
| FEDERICO C. SAYRE<br>FERNANDO F. CHAVEZ<br>Sayre & Chavez<br>900 North Broadway, Suite 400<br>Santa Ana, CA 92701<br>Tel: (714) 550-9117<br>Fax: (714) 550-9125 | ANDREA W. McCARTHY<br>Senior Trial Counsel<br>Torts Branch, Civil Division |
| HORACIO L. BARRERA<br>Martinez & Barrera, LLP<br>1201 East Van Buren<br>Brownsville, TX 78520<br>Tel: (956) 546-7159<br>Fax: (956) 544-0602 | BY: /s/ James R. Alsup for<br>MARY HAMPTON MASON<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 7146<br>Ben Franklin Station<br>Washington, D.C. 20044-7146<br>Tel: (202) 616-4123<br>Fax: (202) 616-4314 |
| Dated: April 17, 2002 | Dated: April 17, 2002 |

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2002, I served true copies of the foregoing **Joint Motion to Set Briefing Schedule and Postpone May 7, 2002, Conference Before Magistrate Judge Black,** and **Proposed Order** by first class mail, postage pre-paid, upon the following attorney for the defendants:

>MARY HAMPTON MASON
>Trial Attorney
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 7146
>Ben Franklin Station
>Washington, D.C. 20044-7146

_____
JAMES R. ALSUP

FEDERICO C. SAYRE
FERNANDO F. CHAVEZ
Sayre & Chavez
900 North Broadway, Suite 400
Santa Ana, CA 92701
Tel: (714) 550-9117
Fax: (714) 550-9125