IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

GUILLERMO BERRIOCHA LOPEZ, *et al.*, )
)
        Plaintiffs, )
)
v. ) C.A. No. B-01-208
)
NORMAN Y. MINETA, Secretary of the )
Department of Transportation, *et al.*, )
)
        Defendants. )
)

[~~PROPOSED~~] ORDER

Having reviewed the parties' Joint Motion to Set Briefing Schedule and Postpone May 7, 2002, Conference Before Magistrate Judge Black (DOCKET NO. 10), it is HEREBY ORDERED:

    (1) Defendants' motion to dismiss shall be filed on or before May 31, 2002;

    (2) Plaintiffs will file any opposition to that motion on or before July 1, 2002; and

    (3) Defendants will file any reply on or before July 15, 2002.

Memoranda in support of defendants' motion and plaintiffs' opposition shall not exceed 25 pages; any reply shall not exceed 15 pages.

//

//

//

//

//

The Court hereby ORDERS further that the Conference set for May 7, 2002, is cancelled. The Court will hear argument on defendants' motion to dismiss on the **15th** day of **August**, 2002, at **2:30 P.M.**     .

                                              _____
                                              Honorable John Wm. Black
                                              United States Magistrate Judge

Dated: **29th of** April 2002