IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2002

Michael N. Milby
Clerk of Court

GUILLERMO BERRIOCHA LOPEZ, et al., )
)
        Plaintiffs, )
)
v. ) C.A. No. B-01-208
)
NORMAN Y. MINETA, Secretary of the )
Department of Transportation, et al., )
)
        Defendants. )
_____)

### DEFENDANTS' UNOPPOSED MOTION TO FILE OVER-LENGTH MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Rule 7.2, defendants respectfully move for leave to file an over-length Memorandum in Support of their Motion to Dismiss. The case involves complex constitutional tort claims against high-ranking government officials, and defendants have numerous and distinct defenses. Defendant's memorandum is five (5) pages over the present 25 page limit set by this court. The undersigned has conferred with counsel for the plaintiffs, and plaintiffs do not oppose this motion. Therefore defendants respectfully request that the court permit both plaintiffs and defendants to file opening briefs not to exceed 30 pages. Pursuant to Local Rule 7.1(C), a proposed order is attached.

                              Respectfully submitted,

                              ROBERT D. McCALLUM, JR.
                              Assistant Attorney General
                              Civil Division

                              JOHN LODGE EULER
                              Acting Director
                              Torts Branch, Civil Division

ANDREA W. McCARTHY
Senior Trial Counsel
Torts Branch, Civil Division

*[signature]*

MARY HAMPTON MASON
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146
Tel:  (202) 616-4123
Fax:  (202) 616-4314

Dated:  March 29, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2002, I served true copies of the foregoing **Defendants' Unopposed Motion to File an Over-length Memorandum in Support of their Motion to Dismiss** and **Proposed Order** by first class mail, postage pre-paid, upon the following attorneys for the plaintiffs:

**Federico C. Sayre**
**Fernando F. Chavez**
Sayre & Chavez
900 North Broadway, 7th Street
Santa Ana, CA 92701
Tel: (714) 550-9117
Fax: (714) 550-9125

**Horacio L. Barrera**
Martinez & Barrera, LLP
1201 East Van Buren
Brownsville, Tx 78520
Tel:  (956) 546-7159
Fax:  (956) 544-0602

MARY HAMPTON MASON