IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUILLERMO BERRIOCHA LOPEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. B-01-208 |
| ) | |
| NORMAN Y. MINETA, Secretary of the ) | |
| Department of Transportation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

[~~PROPOSED~~] ORDER

Having reviewed Defendants' Unopposed Motion to File an Over-length Memorandum in Support of their Motion to Dismiss, the Court hereby ORDERS: (DOCKET NO 13)

(1) Each Party may file Memorandum in Support of their opening briefs not to exceed 30 pages.

_____
Honorable John Wm. Black

Dated: 31 MAY 02