UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2002

Michael N. Milby
Clerk of Court

BERRIOCHOA LOPEZ, ET AL

VS.                                                           CIVIL ACTION: B-01-CV-208

MINETTA

NOTICE OF REASSIGNMENT

Notice is given on this 14th day of June, 2002 of the reassignment of this case to the Honorable Andrew S. Hanen, U.S. District Judge. All settings will remain the same.