IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUILLERMO BERRIOCHOA LÓPEZ ET AL, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CIVIL ACTION: B-01-CV-208 |
| NORMAN Y. MINETTA, Secretary of Transportation, ET AL | )<br>)<br>)<br>) |
| Defendants | )<br>) |

## UNOPPOSED MOTION FOR EXTENSION

## OF TIME TO FILE MOTION RESPONSE

NOW COMES PLAINTIFFS BY AND THROUGH THEIR ATTORNEYS, Federico C. Sayre and Horacio L. Barrera, and moves this Court to extend the time for response to the Defendants' Motion to Dismiss until July 15, 2002, and states the following as grounds therefor:

1. The parties submitted and the Court approved a joint plan for motion that provided for the Defendants' to file their motion to dismiss on or before May 31, 2002, for plaintiffs to file a response by July 1, 2002, and for defendants to reply within 14 days.

2. Hearing on this motion has been scheduled for 2:30 p.m. August 15, 2002.

3. Despite diligent effort spent in preparing a response, Plaintiffs require an extension of time to properly respond to the motion to dismiss.

4. On Monday, June 24, 2002, counsel for plaintiff received defense counsel's agreement to file this motion for an extension of time and represent to the Court that it was unopposed by defendants' counsel.

5. If the Court grants this motion, there will still be more than 15 days for the Court to have all motion pleadings, including the reply, before the hearing.

Wherefor, Plaintiffs respectfully resquest the Court grant this Motion for Extension of time.

                                      Respectfully submitted,

Horacio L. Barrera, Esq.
**MARTINEZ y BARRERA, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Fax 956-544-0602
S.B.O.T. #01805800
Fed. I.D. #1941

Federico Castelan Sayre, Esq.
Fernando F. Chavez, Esq.
Kent M. Henderson, Esq.
James R. Alsup, Esq.
**SAYRE & CHAVEZ**
900 North Broadway, 7th
Santa Ana, California 92701
Telephone: (714) 550-9117
Facsimile: (714) 550-9125

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFIED that a true and correct copy of the foregoing instrument has been served by the method indicated below to the party on this 26th day of June, 2002.

**Via Regular Mail & Fax**
Mrs. Mary Hampton Mason
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146

_____
Horacio L. Barrera