CAUSE NO. B-01-208

| | | |
|---|---|---|
| GUILLERMO BERRIOCHOA LOPEZ; | § | IN THE US DISTRICT COURT |
| TRANSPORTES INTERMES, S.A. | § | |
| SILVINO MAGANA LOPEZ; JOSE | § | |
| ALFREDO MAGANA LOPEZ; MIGUEL | § | United States District Court |
| ANGEL DE LA ROSA SANCHEZ; | § | Southern District of Texas |
| SERVICIO TECNICO AUTOMOTRIZ | § | ENTERED |
| PERISUR, S.A. DE C.V.; TOMAS DE LA | § | JUN 2 8 2002 |
| ROSA PARRA; ERNESTO VALLET | § | Michael N. Milby, Clerk of Court |
| HACES; MAX E. BARTON; CARLOS | § | By Deputy Clerk |
| BERRIOCHOA | § | |
| VS. | § | FOR THE SOUTHERN DISTRICT |
| | § | |
| NORMAN Y. MINETTA, SECRETARY | § | |
| OF TRANSPORTATION; MARY E. PETERS, | § | |
| ADMINISTRATOR, FEDERAL HIGHWAY | § | |
| ADMINISTRATION; JOSEPH M. CLAPP, | § | |
| ADMINISTRATOR, FEDERAL MOTOR | § | |
| CARRIER SAFETY ADMINISTRATION; | § | |
| AND DOES 1-100, INCLUSIVE | § | OF TEXAS BROWNSVILLE |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO RESPONSE**

On the 28th day of JUNE, 2002, the court considered Motion for (DOCKET NO. 16) Extension of Time to File Motion to Response. Plaintiffs, request an extension of time to response to Defendants' Motion to Dismiss until July 15, 2002. After considering the request, the court decided it should grant the request for extension.

Therefore, the Court :

GRANTS request for extension of time to response to Defendants' Motion to Dismiss until July 15, 2002.

SIGNED this 28 day of June, 2002.

_____
JUDGE PRESIDING