IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUILLERMO BERRIOCHOA LOPEZ, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-208 |
| | § | |
| NORMAN Y. MINETA, Secretary of the | § | |
| Department of Transportation, *et al.*, | § | |
| Defendants. | § | |

## ORDER

On October 28, 2002, Magistrate Judge John William Black issued a Report and Recommendation in the above-referenced cause of action. Neither party having filed objections, this court reviewed the Report and Recommendation for plain error and found none. Accordingly, this court accepts the Magistrate Judge's Report and Recommendation and **ORDERS** that Defendant's Motion to Dismiss Plaintiffs' suit in its entirety with prejudice be **GRANTED**.

DONE at Brownsville, Texas, this 13th day of January, 2003.

Andrew S. Hanen
United States District Judge