United States District Court
Southern District of Texas
FILED

FEB 1 2 2003

Michael N. Milby
Clerk of Court

23

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| GUILLERMO BERRIOCHOA, et al,<br>Plaintiffs,<br><br>v.<br><br>NORMAN Y. MINETA, Secretary of the<br>Department of Transportation, et al,<br>Defendants | NOTICE OF APPEAL<br><br>Civil Action No. B-01-208 |

Notice is herby given that Plaintiffs GUILLERMO BERRIOCHOA LÓPEZ; TRANSPORTES INTERMEX, S.A. de C.V.; S' ANTONIO TRANSPORTES, S.A. de C.V.; JOSÉ SILVINO MAGAÑA LÓPEZ; JOSÉ ALFREDO MAGAÑA LÓPEZ; MIGUEL ÁNGEL DE LA ROSA SANCHEZ; SERVICIO TÉCNICO AUTOMOTRIZ PERISUR, S.A. de C.V.; TOMAS DE LA ROSA PARRA; ERNESTO VALLET HACES; MAX E. BARTON; CARLOS BERRIOCHOA, et al, in the above named case, hereby appeal to the United States Court of Appeal for the Fifth Circuit from an Order Granting Defendants NORMAN Y. MINETTA, Secretary of Transportation; MARY E. PETERS, Administrator, Federal Highway Administration; JOSEPH M. CLAPP, Administrator, Federal Motor Carrier Safety Administration's Motion to Dismiss Plaintiffs' Suit entered in this action on the 14th day of January 2003, and from the entirety thereof.

Dated: February 12, 2003

SAYRE & CHAVEZ

*Kent M. Henderson* w/permission
Kent M. Henderson, Esq.
California State Bar # 139530
900 N. Broadway, 7th Floor
Santa Ana, California 92701
Telephone: (714) 550-9117

Dated: February 12, 2003

**MARTINEZ y BARRERA, L.L.P.**

Horacio L. Barrera, Esq.
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Facsimile: (956) 544-0602

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2003, true copies of the foregoing NOTICE OF APPEAL was served by first class mail, postage prepaid upon the interested parties in this action.

                              MARY HAMPTON MASON  
                              Trial Attorney  
                              Torts Branch, Civil Division  
                              U.S. Department of Justice  
                              P O Box 7146  
                              Ben Franklin Station  
                              Washington D.C. 20044-7146  
                              (202) 616-4123


                        _____  
                        KENT M. HENDERSON, ESQ. w/permission