# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 13, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

APR 1 5 2004

Michael N. Milby
Clerk of Court

No. 03-40350  Lopez v. Mineta
    USDC No. B-01-CV-208

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volumes     ( ) Envelopes     ( ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _Margery J. St. Pierre_
Margery T. St. Pierre, Deputy Clerk
504-310-7676

cc: (letter only)
    Honorable Andrew S Hanen
    Mr Kent M Henderson
    Mr August E Flentje

MDT-1

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2004

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 03-40350
Summary Calendar

---

D.C. Docket No. B-01-CV-208

GUILLERMO BERRIOCHOA LOPEZ; TRANSPORTES INTERMEX S A DE C V; S'ANTONIO TRANSPORTES S A DE C V; JOSE SILVANO MAGANA LOPEZ; JOSE ALFREDO MAGANA LOPEZ; MIGUEL ANGEL DE LA ROSA SANCHEZ; SERVICIO TECNICO AUTOMOTRIZ PERISUR S A DE C V; TOMAS DE LA ROSA PARRA; ERNESTO VALLET HACES; MAX E BARTON; CARLOS BERRIOCHOA

        Plaintiffs - Appellants

v.

NORMAN Y MINETA, SECRETARY, DEPARTMENT OF TRANSPORTATION; MARY E PETERS, Administrator of Federal Highway Administration; JOSEPH M CLAPP, Administrator of the Federal Motor Carrier Safety Administration; DOES, 1-100 INCLUSIVE

        Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 1 3 2004

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana

APR 1 3 2004

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 03-40350
Summary Calendar

---

GUILLERMO BERRIOCHOA LOPEZ; TRANSPORTES INTERMEX
S A DE C V; S'ANTONIO TRANSPORTES S A DE C V; JOSE
SILVANO MAGANA LOPEZ; JOSE ALFREDO MAGANA LOPEZ;
MIGUEL ANGEL DE LA ROSA SANCHEZ SERVICIO TECNICO
AUTOMOTRIZ PERISUR S A DE C V; TOMAS DE LA ROSA PARRA;
ERNESTO VALLET HACES; MAX E. BARTON; CARLOS BERRIOCHOA,

Plaintiffs - Appellants,

versus

NORMAN Y. MINETA, SECRETARY, DEPARTMENT OF TRANSPORTATION;
MARY E. PETERS, Administrator of Federal Highway
Administration; JOSEPH M. CLAPP, Administrator of the
Federal Motor Carrier Safety Administration; DOES, 1-100
INCLUSIVE,

Defendants - Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CV-208

---

Before JONES, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Appellants appeal the dismissal of their civil rights action, asserted against several United States Government officers

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in their official and individual capacities. The United States and its officers are immune from suit under <u>Bivens v. Six Unknown Named Federal Narcotics Agents</u>, 403 U.S. 388 (1971), and the civil rights statutes, and such actions may be brought only against persons acting in their individual capacities. See <u>Affiliated Prof'l Home Health Care Agency v. Shalala</u>, 164 F.3d 282, 286 (5th Cir. 1999).

The district court held that it did not have personal jurisdiction against the defendants in their individual capacities. Although the appellants alleged that the defendants' actions prevented them from operating in or investing in companies within the State of Texas, those claims clearly pertain to acts taken by them in their official capacities. There are no allegations showing that the defendants, as individuals, had either specific or general minimum contacts within the State of Texas. See <u>Wilson v. Belin</u>, 20 F.3d 644, 647 (5th Cir. 1994). The appellants have not shown that the district court's order was plainly erroneous. See <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc). We do not reach the appellants' arguments regarding the merits of their constitutional claims.

**AFFIRMED.**